RECEIVED
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY 2005 MAY -3 A 9: 49

UNITED STATES OF AMERICA   :   Hon. William H. Walls

     v.                   :

HAI LIN, a/k/a "Howard Lin,"  :   Criminal No. 01-365 (WHW)
KAI XU, a/k/a "Roy Xu," and
YONG-QUING CHENG          :   ORDER FOR DISMISSAL

      Under Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of New Jersey hereby dismisses
Superseding Indictment No. 01-365 (WHW), which Superseding
Indictment was filed on April 11, 2002, charging violations of
Title 18, United States Code, Sections 1343, 1346, 1832(a)(1) &
(a)(5) and 2, against defendants Kai Xu, a/k/a "Roy Xu" and Yong-
Quing Cheng, for the reason that prosecution of these two
individuals is not in the best interest of the United States at
this time.

      This dismissal is with prejudice so long as the plea
agreement entered into by the United States Attorney's Office for
the District of New Jersey and ComTriad Technologies, Inc., dated
March 17, 2005, and the sentence on the Information, Criminal No.
05-185(WHW), remain in full force and effect.

CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HONORABLE WILLIAM H. WALLS
United States District Judge